Stuart E. Henderson et al., Individually, and as Copartners under the Firm Name of S. E. Henderson & Co., Appellants, *v.* Huntington Mortgage Corporation, Respondent.

(Submitted June 17, 1932; decided July 19, 1932.)

*Fred L. Gross, Frederick A. Keck* and *Bradford Butler* for appellants.

*Otho S. Bowling* and *Wallace E. J. Collins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.